**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Lisa Springs-Williams

13

Bky No. 16-10402 JKF

Debtor(s).

**APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Erik B. Jensen, applies under Section 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for Debtor(s).

2. The debtor(s) filed a petition under chapter 13 on the Bankruptcy Code on 1/21/2016.

3. The debtor's annualized current income as set forth on form B22C is:

    ☐    above median (the amount on line 15 not less than the amount on line 16)

    ☑    below median (the amount on line 15 is less than the amount on line 16)

4. All services rendered and expenses incurred for which compensation or reimbursement is requested, were performed or incurred for or on behalf of the debtor. The services described in this application are actual, necessary services and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $3,000.00 for providing the following services:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Filing documents and pleadings as may be necessary to comply with the statutory requirements for completion of the case;
    e. Review documents filed by creditors and other interested parties;
    f. Resolving objections to confirmation and non-adversary claims objections;
    g. Meetings and routine correspondence in connection with the above services.

6. Applicant requests that compensation be awarded at the following hourly rates:
    a. Erik B. Jensen, Esq.   (Attorney) -$325.00 per hour
    b. Brandon Perloff, Esq (Attorney)- $325.00 per hour
    c. John Johnson, Esq (Attorney)- $325.00 per hour
    c. Gilberto Arends (Paralegal)- $100.00 per hour
    d. Regina Chew (Paralegal)- $100.00 per hour

7. The Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses.

8. The debtor paid applicant $1,445.00 prior to the filing of the petition.

9.A copy of the applicant's disclosure of compensation pursuant to Fed. R. Bank. P. 2016(b) is attached hereto as Exhibit "A."

10A Copy of the Applicant's time Records setting forth the dates and amount of time expended for the services performed on behalf of the debtor is:

☐   attached as Exhibit "B"

☒   not attached.

11.None of the Compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. Sec. 504 (c) applies.

WHEREFORE, Applicant request an award of $3,000.00.

Dated:August 29, 2016/s/Erik B. Jensen
Erik B. Jensen
Erik B. Jensen P.C.
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102
Telephone: (215) 546-4700
Attorney(s) for Debtor(s)