**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Lisa Springs-Williams | : | |
| | : | |
| Debtors | : | BANKRUPTCY NO.:   16-10402 JKF |

**SECOND AMENDED CHAPTER 13 PLAN**

1. PLAN FUNDING AND LENGTH OF PLAN

    A. The plan payments by the debtor shall include the $750.00 already paid to date, and then $275.00 a month for 53 months commencing on 9/21/2016, for a total funding of $14,530.00.

2. SECURED CLAIMS

    A. <u>Mortgages and Other Direct Payments by Debtor(s).</u>  Payments will be made outside the plan according to the original contract terms, with no modification of contract terms and with liens retained.

| Name of Creditor | Description of Collateral | Principal Balance of Claim |
|---|---|---|
| Beneficial Bank | 1820 W. Juniata St. | $56,905.00 |
| PHFA | 1820 W. Juniata St. | $20,855.38 |

    B. <u>Arrears.</u>  These amounts will be paid in the plan and liens retained until entry of discharge.

| Name of Creditor | Description of Collateral | Pre-petition Arrears to be Cured |
|---|---|---|
| Beneficial Bank | 1820 W. Juniata St. | $8,000.00 |
| PHFA | 1820 W. Juniata St. | $600.00 |

    C. <u>Other Secured Claims.</u>  These amounts will be paid in the plan.

| Name of Creditor | Description of Collateral | Total to be paid in plan |
|---|---|---|
| City of Philadelphia | 1820 W. Juniata St. | $2,783.84 |
| City of Philadelphia | 1820 W. Juniata St. | $321.47 |

3.  PRIORITY CLAIMS

    A.  Allowed unsecured claims entitled to priority under section 507 will be paid in full with the exception of certain assigned Domestic Support Obligations that may be paid less than 100% pursuant to section 1322(a)(4):

| Name of Creditor | Total Payment |
|---|---|
|  |  |
|  |  |

    B.  <u>Administrative Claims:</u>

        (1)  Trustee Fees.  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.

        (2)  Attorney fees.  In addition to the retainer of $1,445.00 already paid by the Debtor(s), the amount of $1,555.00 in the plan.

3.  UNSECURED CLAIMS: After all allowed secured and priority claims are paid the remainder is to be distributed pro rata to all filed unsecured claims, which are timely filed and approved by the Court.

4.  Petitioner(s) exercise their rights of avoidance of all liens as allowed by law under 11 U.S.C. Sec. 522(f).

5.  Upon confirmation of the Plan, title to all of the Petitioners (s) assets shall revest in the Petitioner(s).


Dated: August 31, 2016                                /s/  Erik B. Jensen_____
                                                     Erik B. Jensen, Attorney for Debtors

Acceptances may be mailed to:

Clerk, U.S. Bankruptcy Court
U.S. Court House
900 Market Street
Philadelphia, PA  19106

Erik B. Jensen, P.C., Law Offices
Suite 1401
1528 Walnut Street
Philadelphia, PA  19102